**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA AND DEPARTMENT OF CORRECTIONS, | : | No. 54 MM 2023 |
| | : | |
| Respondents | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JOHN MATTHEW SOWERS, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of September, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.